IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICHOLAS LEE ROE,<br>    Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO.4:13-CV-721-O |
| RODNEY W. CHANDLER, Warden,<br>FCI-Fort Worth,<br>    Respondent. | § § § § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Nicholas Lee Roe under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 24, 2014; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 7, 2014.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the magistrate judge's findings and conclusions, and for the reasons stated in the respondent's November 18, 2013 response at pages 3-7.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Nicholas Lee Roe's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED this 13th day of February, 2014.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**